**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 11 |
| § | |
| **REMARKABLE HEALTHCARE OF** § | CASE NO. 24-40612 |
| **SEGUIN, LP,**[1] § | |
| § | **(Joint Administration Requested)** |
| § | |
| **DEBTOR.** § | |

**ORDER DIRECTING JOINT ADMINISTRATION OF CASES**

On this day came on for consideration the Debtors' Emergency Motion for Order Directing Joint Administration (the "Motion") of the Debtors' Reorganization Cases Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules. After reviewing the Motion, heard on an emergency basis, and it appearing that the Court has jurisdiction over this matter under 28 U.S.C. § 1334, that this is a core proceeding under 28 U.S.C. § 157(b)(2), and that venue is proper in this District under 28 U.S.C. §§ 1408 and 1409; and it appearing that due notice of the Motion has been provided as set forth in the Motion and the certificates attached thereto; and it further appearing that the relief granted herein is in the best interests of the Debtors and their estates and creditors; it is hereby

**ORDERED** that the Motion and all relief requested therein hereby is GRANTED; and

**IT IS FURTHER ORDERED** that Case No. 24-40605, Case No. 24-40608, Case No. 24-40610, Case No. 24-40611, and Case No. 24-40612 (collectively, the "**Cases**") shall be and hereby

---

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

1

are ordered to be jointly administered in accordance with Federal Rule 1015(b) and Local Rule 1015-1 under the case *In re: Remarkable Healthcare of Carrollton, LP, et al.,* Case No. 24-40605 (Jointly Administered); and it is further

**ORDERED** that the style and case number of *In re: Remarkable Healthcare of Carrollton, LP, et al.,* Case No. 24-40605 (Jointly Administered); shall be used on all subsequent pleadings filed in these Reorganization Cases; and it is further

**ORDERED** that this procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the respective estates; and it is further

**ORDERED** that the Bankruptcy Clerk shall maintain one file for the Reorganization Cases, except that all schedules and statements required by Federal Rule 1007 shall be filed in the dockets of each separate case; and it is further

**ORDERED** that the Bankruptcy Clerk shall maintain separate claim registers for each separate case; and it is further

**ORDERED** that a docket entry shall be made in each case substantially as follows:

An Order has been entered in this case directing the procedural consolidation and joint administration under Bankruptcy Rule 1015(b) of the Reorganization Cases of the above-captioned Debtor and its affiliated Debtors. The docket of *In re: Remarkable Healthcare of Carrollton, LP, et al.,* Case No. 24-40605 (Jointly Administered) shall be consulted on all matters affecting these Debtors and their jointly administered cases.

Signed on 03/27/2024

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

**GUTNICKI LLP**

*/s/ Liz Boydston*
Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
10440 N. Central Expy., Suite 800
Dallas, Texas 75231
Telephone: (469) 935-6699
Facsimile: (469) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

-and-

Max Schlan (*Pro Hac Vice* Pending)
45 Rockefeller Plaza
Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com

*Proposed Counsel to the Debtors and Debtors in Possession*

3